# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNON DEAN CARTER,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 80939

FILED

APR 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to transfer petition. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-15949

cc: Hon. Kathleen M. Drakulich, District Judge
Shannon Dean Carter
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA